IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PRIYA KIRANKUMAR PATEL; and AISHA KIRANKUMAR PATEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UR JADDOU, Director for USCIS; and THE UNITED STATES,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-126 |

**O R D E R**

Plaintiffs filed their Complaint initiating this action on June 19, 2024. (Doc. 1.) On September 6, 2024, they filed a Notice of Dismissal, stating their intent to dismiss the case without prejudice. (Doc. 7.) Defendants have not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 23rd day of September, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA